# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | MC 21-00965-MCS (SKx) | Date | July 13, 2021 |
|---|---|---|---|
| Title | Christian Silver v. United States of America | | |

Present: The Honorable **Steve Kim, United States Magistrate Judge**

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

    Petitioner is ordered to show cause why the petition should not be dismissed for failure to file proof of service as previously ordered. (ECF 5). The Clerk issued and provided a summons to Petitioner on June 3, 3021 (ECF 6). Unless Plaintiff files all the proper proofs of service by no later than July 27, 2021, this action may be dismissed for failure to prosecute without further notice.

    IT IS SO ORDERED.