## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES - GENERAL

| Case No. | 2:21-mc-965-MCS (SKx) | Date | August 5, 2021 |
|---|---|---|---|
| Title | Christian Silver v. United States | | |

Present: The Honorable   Steve Kim

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**       (IN CHAMBERS) **ORDER DISMISSING PETITION [ECF 1]**

On July 13, 2021, the Court issued an Order to Show Cause why the petition to quash IRS subpoena should not be dismissed for lack of prosecution. (ECF 9). A response to the Order to Show Cause was ordered to be filed no later than July 27, 2021. No timely response having been filed to the Court's Order to Show Cause, IT IS ORDERED AND ADJUDGED that the petition to quash (ECF 1) is dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court. *See* L.R. 41.